02-12-135-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-12-00135-CV 

 

 




 
 
 The Maher Law Firm, P.C.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Howroyd-Wright Employment Agency, Inc. d/b/a
 AppleOne Employment Services
 
 
  
 
 
 APPELLEE 
 
 




 

 

------------

 

FROM County
Court at Law No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Defendant's Motion To
Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.  

 

DELIVERED: 
May 17, 2012  








 









[1]See Tex. R. App. P. 47.4.